# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **WILLIAM S. BUCHANAN,** Defendant. | Civil Action 7:11-CR-18 (HL) |

## ORDER

At sentencing held on July 25, 2011, the Court reserved ruling on the amount of restitution due from Defendant. A restitution hearing will be held on September 26, 2011 at 9:30 a.m. in Valdosta.

If either party wishes to submit a brief or other information for the Court's consideration prior to the hearing, the documents must be filed on or before September 5, 2011.

**SO ORDERED**, this the 27th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh