**Report and Order Denying a Motion for Early Termination of
Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:11-CR-00018-001 (HL) |
| **WILLIAM S. BUCHANAN** | |

The U.S. Probation Office commends Mr. Buchanan on his performance while on Supervised Release; however, after considering the factors found at 18 U.S.C. § 3553(a), the U.S. Probation Office is not satisfied that early termination is warranted and is in the interest of justice. It is accordingly recommended that his motion filed on October 10, 2023, be denied.

Respectfully submitted,

*Russell D. Brown*

Russell D. Brown
Special Offender Specialist

## ORDER OF COURT

The Court has reviewed the recommendation of the United States Probation Office for the Middle District of Georgia, has examined the record in this case and has considered the factors found at 18 U.S.C. §3553(a). The Court finds that early termination of supervised release is not warranted, and thus the motion for early termination is denied.

Dated this ___2nd___ day of ___November___, 2023.

s/Hugh Lawson

Hugh Lawson
Senior U.S. District Judge