IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:11-CR-00018 (WLS-ALS-1) |
| | : | |
| WILLIAM S BUCHANAN, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

    Defendant William Buchanan moves to terminate his supervised release early. (Doc. 1.) The Court requested for the United States Probation Office to prepare a memorandum giving their opinion on Buchanan's request. Probation did so, and it opposes.

    The Court may terminate a defendant's supervised release under 18 U.S.C. § 3583(e). It may do so only after one year of supervision and only if warranted by a defendant's conduct and in the interests of justice. The Court must also consider the § 3553(a) factors. *See United States v. Johnson*, 877 F.3d 993, 997 (11th Cir. 2017).

    After considering USPO's position, the Court concludes that early termination isn't warranted. Although Buchanan's health is declining, probation believes that he poses an ongoing risk to community safety. A risk that might be increased if supervision were lifted. Besides, Buchanan hasn't made any showing that ongoing supervision will interfere with his health or cancer treatment. So, having considered the § 3553(a) factors, the Court doesn't find that early termination is in interests of justice. His Motion for Early Termination (Doc. 39) is thus **DENIED**, without prejudice, to a subsequent material change in circumstances.

    **SO ORDERED**, this 1st day of August 2025.

                                                           /s/ W. Louis Sands
                                                         **W. LOUIS SANDS, SR. JUDGE**
                                                         **UNITED STATES DISTRICT COURT**